IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ESTATE OF S.P., DECEASED
By KRISTEN PRAET, Personal Representative,

    Plaintiffs,

vs.                                                        Civil No. 24-12132
                                                         Hon. F. Kay Behm

UNITED STATES OF AMERICA

    Defendants,

_____/

| GERALD THURSWELL (P21448) | ZAK TOOMEY (MO61618) |
|---|---|
| ARDIANA CULAJ (P71553) | Assistant United States Attorney |
| THE THURSWELL LAW FIRM P.L.L.C. | United States Attorney's Office |
| Attorney for Plaintiffs | Eastern District of Michigan |
| 1000 Town Center, Suite 500 | 211 W. Fort Street, Suite 2001 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 354-2222 | (313) 226-9617 |

_____/

## ORDER APPOINTING GUARDIAN AD LITEM

It appears to the Court that a Guardian Ad Litem should be appointed in this proceeding for the following individual:

- ➢ A.P., a minor.

Attorney Pamela S. Mowry has agreed to perform services as Guardian Ad Litem for the above-mentioned individual.

IT IS HEREBY ORDERED that attorney Pamela S. Mowry (P41906) PO Box 805, Bloomfield Hills, MI 48303 (248) 606-5859 shall be appointed Guardian Ad Litem for the above-mentioned individual;

IT IS FURTHER ORDERED that the aforementioned Guardian Ad Litem issue a report as to whether the proposed settlement and distribution is in the best interest of A.P., a minor.

SO ORDERED.

Date: November 13, 2025                              s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge