UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ESTATE OF S.P., DECEASED
By KRISTEN PRAET, Personal Representative,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA

    Defendants,

Civil No. 24-12132
Hon. F. Kay Behm

_____/
| | |
|---|---|
| GERALD THURSWELL (P21448) | ZAK TOOMEY (MO61618) |
| ARDIANA CULAJ (P71553) | Assistant United States Attorney |
| THE THURSWELL LAW FIRM P.L.L.C. | United States Attorney's Office |
| Attorney for Plaintiffs | Eastern District of Michigan |
| 1000 Town Center, Suite 500 | 211 W. Fort Street, Suite 2001 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 354-2222 | (313) 226-9617 |

_____/

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT, DISTRIBUTION OF SETTLEMENT PROCEEDS, ATTORNEY FEES AND COSTS

Upon Plaintiffs' Motion for Approval of Settlement, Distribution of Settlement Proceeds, Attorney Fees and Costs having been filed, Notice having been given, all parties having the opportunity to be heard, and the Court being fully advised and informed in the premises;

IT IS HEREBY ORDERED that Defendant United States of America shall pay $390,000 as full and final settlement of this matter; **The settlement proceeds** and distributed as follows:

   a. That there shall be a payment made to The Thurswell Law Firm, P.L.L.C., for actual out-of-pocket costs incurred in the prosecution of this case in the amount of 7,150.00

   b. That there shall be a payment made to The Thurswell Law Firm, P.L.L.C., for attorney fees, which equal to 25% of the net proceeds after the deduction of actual out-of-pocket costs in the amount $95,712.50

   c. That there shall be a payment made to Attorney Jessica Blake the amount of $1600.

   d. That there shall be a payment to Pamela S. Mowry for Guardian Ad Litem Services in the amount of $1,000.

   e. The net amount of $284,537.50 shall be distributed to the wrongful death heirs below based on their loss of love, society and companionship pursuant to MCLA 600.2922:

   i. $141,768.75 to Kristen Praet, the mother of the Deceased.

   ii. $141,768.73 to Jason Praet, the father of the Deceased.

   iii. $1,000 to A.P, paid to her parents for the benefit of A.P.,

   iv. No payment to Cynthia Valentine, maternal grandmother of the deceased.

   v. No payment to Kathrine Praet, paternal grandmother of the Deceased.

   vi. No payment to Roland Praet Sr, paternal grandfather of the Deceased.

**IT IS SO ORDERED.**

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

Date: December 5, 2025         s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge